**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEO CONO,<br><br>           Plaintiff,<br>vs.<br><br>MARIA LOIACONO, et al.,<br><br>           Defendants. | Case No.: 2:18-cv-01442-GMN-BNW<br><br>**ORDER** |

Pending before the Court is the Order and Report and Recommendation ("Order and R&R") of United States Magistrate Judge Brenda Weksler, (ECF No. 34). Judge Weksler denied Plaintiff Leo Cono's ("Plaintiff") Motion/Application for Leave to Proceed *in forma pauperis*, (ECF No. 1), and she recommends that the Court deny Plaintiff's Motion for Recusal, (ECF No. 19), and dismiss the case without prejudice. (Order and R&R).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114,

1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so, September 24, 2019, has passed. (Order and R&R).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 34), is **ADOPTED in full**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Recusal, (ECF No. 19), is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's case is **DISMISSED without prejudice**.

The Clerk of Court shall close the case.

**DATED** this __26__ day of September, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court